UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JONATHAN C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:25-cv-00498-SDN |
| ) | |
| FRANK BISIGNANO, ) | |
| Social Security Administration ) | |
| Commissioner, ) | |
| ) | |
| Defendant. | |

## ORDER ON MOTION FOR ATTORNEY'S FEES

Pursuant to the power of this Court to award fees and expenses to a prevailing party other than the United States incurred by that party in a civil action against the United States, including proceedings for judicial review of agency action, under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), and in light of this Court's December 19, 2025, Order and Judgment remanding this case to the Social Security Administration Commissioner for further administrative proceedings, the Court **ORDERS** that the United States Social Security Administration shall pay attorney's fees in the amount of $7,840.00 and costs in the amount of $405.00, in full satisfaction of any and all attorney's fees and expenses claims Plaintiff may have in this case under the Equal Access to Justice Act ("EAJA").

Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), these attorney's fees are payable to Plaintiff as the prevailing party and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the government. If, after the entry of this Order, the Commissioner determines Plaintiff owes no debt to the government that would subject this award of attorney's fees to offset, the

Commissioner may honor Plaintiff's signed assignment of EAJA fees providing for payment of the fees to Plaintiff's counsel, rather than to Plaintiff. If, however, Plaintiff is discovered to owe the government any debt subject to offset, the Commissioner may pay any attorney's fees remaining after such offset to Plaintiff rather than to counsel.

**S**O **O**RDERED.

Dated this 6th day of February, 2026.

/s/ Stacey D. Neumann
**U**NITED **S**TATES **D**ISTRICT **J**UDGE